NUMBER 13-01-794-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

PATRIZIA GENTILE , Appellant,
v.


HERVE GENTILE, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 347th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, PATRIZIA GENTILE , perfected an appeal from a judgment entered by the 347th District Court of Nueces
County, Texas, in cause number 97-5093-H . After the clerk's record was filed, appellant filed an agreed motion to dismiss
the appeal. Appellant requests that the appeal be dismissed.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion
that the motion should be granted. Appellant's agreed motion to dismiss is granted. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 7th day of March, 2002 .